UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

EARNEST L. CURRY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-0250  (GHL)

Lionel Hector, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 2 and 3 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while impaired by the use of a drug, namely marijuana, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.3 of the New York State Vehicle and Traffic Law .

**DATE OFFENSE CONCLUDED:** January 24, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $ 1000.00 and a special assessment of $25.00 for each count. Total of the fines and special assessments amount to $2050.00, payable no later than March 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States, Count 1 without prejudice and Count 4 with prejudice.

September 10, 2008
Date of Imposition of Sentence

_September 25, 2008_
DATE SIGNED

_[signature]_
GEORGE H. LOWE
U.S. Magistrate Judge